UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALEJANDRA LOPEZ,<br>Parent and Friend of C.C., a Minor,<br><br>      Plaintiff,<br><br>      v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br>      Defendants. | Civil Action No. 03-1665 (JMF) |

**ORDER**

In accordance with the accompanying Memorandum Opinion, it is, hereby, **ORDERED** that plaintiff's Motion for Attorneys' Fees is **GRANTED IN PART and DENIED IN PART**.

Within 10 days of this Order, defendants shall pay plaintiff $9,530.00 in attorneys' fees.

**SO ORDERED.**

_____
JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE

Date: